UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JAMES K. FIANO,

    Plaintiff,

v.

HP LOCATE, LLC,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012); *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, JAMES K. FIANO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, HP LOCATE, LLC, is a Limited Liability Company and citizen of the State of Texas with its principal place of business at Suite 200, 2200 K Avenue, Plano, Texas 75074 .

## FACTUAL ALLEGATIONS

5. On or about October 22, 2012, Defendant, or another party acting on its behalf, left a message using an automatic telephone dialing system or an artificial or pre-recorded voice on Plaintiff's cellular voice mail seeking to communicate with a person other than Plaintiff who is a stranger to Plaintiff.

6. Defendant, or another party acting on its behalf, used an automatic telephone dialing system or an artificial or pre-recorded voice to place other telephone calls to Plaintiff's cellular telephone

7. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.  Damages;

b.  a declaration that Defendant calls violate the TCPA;

c.  a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

d.  Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>	DONALD A. YARBROUGH, ESQ.
>	Attorney for Plaintiff
>	Post Office Box 11842
>	Ft. Lauderdale, FL 33339
>	Telephone: 954-537-2000
>	Facsimile: 954-566-2235
>	don@donyarbrough.com
>
>	By: s/ Donald A. Yarbrough
>	    Donald A. Yarbrough, Esq.
>	    Florida Bar No. 0158658